| | |
|---|---|
| 1 | Kathyleen A. O'Brien (State Bar No. 94218)    JS-6 |
| | E-mail: kobrien@reedsmith.com |
| 2 | Michael A. Garabed (State Bar No. 223511) |
| | E-mail: mgarabed@reedsmith.com |
| 3 | Rachel A. Rubin (State Bar No. 263753) |
| | E-mail: rrubin@reedsmith.com |
| 4 | REED SMITH LLP |
| | 355 South Grand Avenue, Suite 2900 |
| 5 | Los Angeles, CA  90071 |
| | Telephone:  213.457.8000 |
| 6 | Facsimile:   213.457.8080 |

Attorneys for Defendant and
Counterclaimant Forever 21, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE HUNTER, LLC, a California limited liability company, | No. CV 09-9454 CAS (CWx) |
|  | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| Plaintiff, | |
| vs. | Honorable Christina A. Snyder |
| FOREVER 21, INC., a Delaware corporation; and DOES 1-10, | |
| Defendants. | |
| FOREVER 21, INC., a Delaware corporation, | |
| Counterclaimant, | |
| vs. | |
| SHANE HUNTER, LLC., a California limited liability company, | |
| Counterdefendant. | |

1  Having considered the stipulation filed by the parties pursuant to Federal
2  Rule of Civil Procedure 41, and good cause appearing,
3
4  **IT IS HEREBY ORDERED** that the above-entitled action is dismissed
5  in its entirety with prejudice.
6
7  DATED: October 28, 2010
8
9  _____
   Honorable Christina A. Snyder
10 United States District Judge
11  .

**CERTIFICATE OF SERVICE**

I, Brian H. Newman, hereby certify that on this 27th day of October 2010, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By:    /s/ Brian H. Newman
       Brian H. Newman